

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA   :

VS.   :   MAGISTRATE NO. 10-356

ERIN SULLIVAN   :
    **Appellant**

**ORDER**

**AND NOW** this 15th day of May, 2014 it is hereby **ORDERED** that the appeal filed on April 14, 2014 is hereby **DISMISSED**.

BY THE COURT:

_____
THE HONORABLE L. FELIPE RESTREPO
United States District Court Judge